# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Steele, John E. | U.S. District Court, Middle Fl | 06/07/2000 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> U.S. District Judge (Nominee) | 5. Report Type (check type) <br><br> X  Nomination, Date  06/06/2000 <br><br> ___ Initial  ___ Annual  ___ Final | 6. Reporting Period <br> 01/01/1999 <br> to <br> 06/07/2000 |
|---|---|---|

| 7. Chambers or Office Address <br><br> U.S. Courthouse <br><br> 311 W. Monroe <br><br> Jacksonville, FL 32201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|

**[X] NONE** (No reportable positions.)

1 _____

2 _____

3 _____

## II. AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|

**[X] NONE** (No reportable agreements.)

1 _____

2 _____

3 _____

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

[ ] **NONE** (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 1999 | Baptist/St. Vincent's Health System | |
| 2 | 1999 | Florida Coastal School of Law – salary for teaching course | $4,000 |
| 3 | 2000 | Baptist/St. Vincent's Health System | |
| 4 | 2000 | Florida Coastal School of Law – salary for teaching course | $2,000 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

☐ NONE (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

☐ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

☐ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 06/07/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Second Home, Blowing Rock, N.C. May, 1988  $110,000 | D | Rent | M | R | Exempt | | | | |
| 2  Bank of America Sav./Checking Acct. | A | Interest | J | T | | | | | |
| 3  Jax Fed Cr Un Sav Acct | A | Interest | J | T | | | | | |
| 4  Abbott Labs common | A | Dividend | J | T | | | | | |
| 5  Bank of America common | A | Dividend | J | T | | | | | |
| 6  CSX common | A | Dividend | J | T | | | | | |
| 7  Disney common | A | Dividend | J | T | | | | | |
| 8  Merck common | A | Dividend | K | T | | | | | |
| 9  Public Storage | A | Dividend | J | T | | | | | |
| 10  Home Depot common IRA | A | Dividend | M | T | | | | | |
| 11  Thermo Inst common IRA | A | Dividend | J | T | | | | | |
| 12  Tyson common IRA | A | Dividend | J | T | | | | | |
| 13  Fidelity Money Mrk IRA #1 | A | Dividend | J | T | | | | | |
| 14  Valic Fixed Acct Plus IRA | A | Dividend | K | T | | | | | |
| 15  Magellan mutual IRA | A | Dividend | J | T | | | | | |
| 16  Puritan mutual IRA | A | Dividend | L | T | | | | | |
| 17  Quantum Corp Hard Disk Drive common IRA | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more |
|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal   R=Cost (real estate only)   S=Assessr   U=Book Value   V=Other   W=Estimated |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions    (Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Gabelli Eq Tr IRA | A | Dividend | J | T | | | | | |
| 19 Mutual Shares IRA | A | Dividend | J | T | | | | | |
| 20 Spartan Money Mkt IRA | A | Interest | K | T | | | | | |
| 21 Fidelity Money Mkt IRA #2 | A | Dividend | J | T | | | | | |
| 22 VanKampenAmCap Corp Bond Fund, IRA | A | Dividend | J | T | | | | | |
| 23 Babson Ent. mutual | A | Dividend | J | T | | | | | |
| 24 Fidelity Brokerage, cash | A | Interest | J | T | | | | | |
| 25 Steinroe Mgd Municipals Fund | A | Dividend | J | T | | | | | |
| 26 T.Rowe Price Eq. mutual | A | Dividend | J | T | | | | | |
| 27 Parnassus mutual | A | Dividend | J | T | | | | | |
| 28 Fidelity Diver Internat IRA | A | Dividend | J | T | | | | | |
| 29 Fidelity Short Term Bond IRA | A | Dividend | J | T | | | | | |
| 30 McDonalds common | A | Dividend | J | T | | | | | |
| 31 Dreyfus Small Cap IRA | A | Dividend | J | T | | | | | |
| 32 Templeton Intl IRA | A | Dividend | J | T | | | | | |
| 33 T-Bond (Zeros), Fidelity Brokerage IRA | A | Dividend | K | T | | | | | |
| 34 Lot, Blowing Rock, N.C., 1993, $15,000 | | None | J | R | | | | | |

1 Inc/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal     R=Cost (real estate only)     S=Assess:
(Col. C2)   U=Book Value     V=Other     W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 AGSPC Social Awareness IRA | A | Dividend | K | T | | | | | |
| 36 Putnam OTC & Emerg GRO IRA | A | Dividend | K | T | | | | | |
| 37 Twentcent Ultra IRA | A | Dividend | K | T | | | | | |
| 38 AGSPC Science & Tech IRA | A | Dividend | K | T | | | | | |
| 39 Putnam Global Growth IRA | A | Dividend | K | T | | | | | |
| 40 Century Telephone common | A | Dividend | J | T | | | | | |
| 41 Focus Fund | A | Dividend | J | T | | | | | |
| 42 Vanguard Life Strategic Mod Growth IRA | A | Dividend | J | T | | | | | |
| 43 Quantum Corp DLT & Storage IRA common | A | Dividend | J | T | | | | | |
| 44 Home Depot - common | A | Dividend | J | T | | | | | |
| 45 Dell Computer | A | Dividend | J | T | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assesst
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Steele, John E. | 06/07/2000 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _John E. Steele_     Date _6-7-00_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT - NET WORTH -AS OF MARCH 31, 2000

## ASSETS                                                    LIABILITIES

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | $ 8000 | | Notes payable to banks- secured | $15,000 | |
| U.S. Government Securities (add schedule) | $ 0 | | Notes payable to banks- unsecured | $ 0 | |
| Listed securities (add schedule) | $ 680,428 | | Notes payable to relatives | $ 0 | |
| Unlisted securities (add schedule) | $ 0 | | Notes payable to others | $ 0 | |
| Accounts and notes receivable: | $ 0 | | Accounts and bills due | Monthly | |
| Due from relatives/friends | $ 0 | | Unpaid income tax | $ 0 | |
| Due from others | $ 0 | | Other unpaid tax and interest | $ 0 | |
| Doubtful | $ 0 | | Real estate mortgages payable (add schedule) | $ 150,000 | |
| Real estate owned (add schedule) | $ 400,000 | | Chattel mortgages and other liens payable | $ 0 | |
| Autos and other personal property | $ 30,000 | | Other debts– itemize: | $ 0 | |
| Cash value - life insurance | $ 500 | | | | |
| Other assets– itemize: | | | | | |
| -Household furniture | $ 10,000 | | | | |
| | | | | | |
| | | | Total Liabilities | $ 165,000 | |
| | | | Net Worth | $ 963,928 | |
| Total Assets | $1,128,928 | | Total liabilities and net worth | $1,128,928 | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker, or guarantor | $ 0 | | Are any assets pledged? (add schedule) | No | |
| On leases or contracts | $ 0 | | Are you a defendant in any suits or legal actions? | No | |
| Legal claims | $ 0 | | Have you ever taken bankruptcy? | No | |
| Provision for federal income tax | $ 0 | | | | |
| Other special debt | $ 0 | | | | |